# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:15CR260 |
| vs. | ) ) | ORDER |
| JUSTIN LASLEY, SR., | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the government's unopposed Motion to Continue Trial [33]. The government has informed the court that a critical witness is set to have a baby approximately January 7, 2016. Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial previously set for January 12, 2016 is continued to **February 23, 2016.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **January 13, 2016.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED January 6, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**